■ In the Matter of CITY OF NEW YORK, Appellant, v YOUR DREAM HOMES, INC., Respondent. [811 NYS2d 580]—In a condemnation proceeding, the City of New York appeals from a judgment of the Supreme Court, Richmond County (Gerges, J.), dated August 17, 2004, which awarded the claimant the sum of $1,434,600.

Ordered that the judgment is affirmed, with costs.

Contrary to the appellant's contention, the Supreme Court

providently rejected the cost of completion evidence proffered by its expert and providently adopted the cost of completion evidence proffered by the claimant's expert (*see Rockland Dev. Assoc. v State of New York,* 15 AD3d 381 [2005]; *see also Matter of Albany County Airport Auth. [Buhrmaster],* 265 AD2d 720, 721-722 [1999]; *cf. Matter of CNG Transmission Corp. [Green],* 273 AD2d 726, 728 [2000]). The court's finding was supported by expert testimony and was adequately explained (*see Matter of City of New York [Reiss],* 55 NY2d 885, 886 [1982]; *see also Matter of Gelsomino v City of New Rochelle,* 25 AD3d 554 [2006]).

The appellant's remaining contention is without merit. Miller, J.P., Crane, Luciano and Rivera, JJ., concur.